# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/9/2021 |
| Case: 12–06689–MM7 | Form ID: pdf905 | Total: 220 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13191666   BHARGAVA, KUSUM
13191686   CUSTOMER REFUNDS
13191700   GLASS, ALAN
13191701   GOALMAKER MIRRORS
13191708   HOME FURNISHINGS INC.
                                                                                              TOTAL: 5

**Recipients of Notice of Electronic Filing:**
tr          Leonard J. Ackerman          ljabkatty@gmail.com
aty        Christina Melhouse            cm@ldplaw.com
aty        Christine E. Baur             christine@baurbklaw.com
aty        David Mannion                 dmannion@blakeleyllp.com
aty        Dean T. Kirby, Jr.            dkirby@kirbymac.com
aty        Leonard J. Ackerman           ljabkatty@gmail.com
aty        Michael D. Breslauer          mbreslauer@swsslaw.com
aty        Michael M. Wintringer         mike@sglwlaw.com
aty        Peter L. Duncan               peterd@psdslaw.com
aty        Roberta S. Robinson           RRobinson@kirbymac.com
aty        Steven M. Berman              SBerman@slk–law.com
                                                                                              TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Treasures, Inc.          7480 Miramar Road, Suite 105          San Diego, CA 92126
cr         Torrey Pines Bank          12220 El Camino Real, Suite 100          San Diego, CA 92130
cr         Wells Fargo Bank, N.A., as Trustee for Morgan Stanley Capitol I, Inc. Commercial Mortgage Pass–Through
            Certificates, Series 2007–1Q15          c/o Pamela LaBruyere, Esq.          Solomon, Grindle, Silverman &
            Wintringer          12651 High Bluff Drive, Suite 300          San Diego, CA 92130
cr         Wells Fargo Bank, N.A., as Trustee for Morgan Stanley Capital I, Inc., Commercial Mortgage Pass–Through
            Certificates, Series 2007–IQ15          Pamela LaBruyere          Solomon, Grindle, Silverman &
            Wintringer          12651 High Bluff Drive, Suite 300          San Diego, CA 92130
cr         Steve Hendrick & Associate, Inc.          4640 Admiralty way          Suite 500          Marina del Rey, CA
cr         Lexington Furniture Industries          Shumaker, Loop, & Kendrick, LLP          c/o Steven Berman          101 E.
            Kennedy Blvd          Suite 2800          Tampa, FL 33602
cr         Law Office of Christine E. Baur          4653 Carmel Mountain Road          Suite 308 #332          San Diego, CA 92130
cr         Parker House Manufacturing Company, Inc.          c/o Blakeley & Blakeley LLP          2 Park Plaza          Suite
            400          Irvine, CA 92614
cr         Gayle K. Glass          1164 Monterey Place          Encinitas, CA 92024
aty        Dana Knutson          Knutson Law, P.C.          PO Box 3658          24681 La Plaza, Suite 350          Dana Point, CA
            92629
aty        Ernie Zachary Park          BEWLEY, LASSLEBEN & MILLER, LLP          13215 E. Penn Street          Suite
            510          Whittier, CA 90602–1797
aty        Pamela LaBruyere          Butler & Hosch, P.A.          525 East Main Street          El Cajon, CA 92020
aty        Philip Layfield          The Layfield Law Firm, APC          100 Wilshire Blvd., Suite 950          Santa Monica, CA
            90401
aty        Sandeep J Shah          Shah Sheth LLP          650 Town Center Drive, Suite 1400          Costa Mesa, CA 92626
13198733   %James Grudus, Esq.          AT&T Services, Inc.          One AT&T Way, Room 3A218          Bedminster, NJ
            07921
13191660   A P INDUSTRIES          346 BOUL ST JOSEPH          LAURIER STATION, QUEBEC, CANAD
13191648   AIRELOOM          1801 W. OLYMPIC BLVD          FILE 1414          Pasadena, CA 91199
13191649   ALDANA, ANTONIO SANCHEZ          CALLE ALVAREZ          13682 COL. ALCALA          TIJUANA,
            MEXICO
13191650   ALTHORP LIVING HISTORY          PO BOX 2690          Hickory, NC 28603
13191651   AMERICAN ARBITRATION ASSOC.          6795 NORTH PALM AVE          2ND FLOOR          Fresno, CA
            93704
13191652   AMERICAN LEATHER          4501 MOUNTAIN CREEK PKWY          Dallas, TX 75236
13191653   AMERICAN REPROGRAPHICS          7094 MIRAMAR ROAD, #104          San Diego, CA 92121
13191654   AMERICAN WEST          PO BOX 130906          Saint Paul, MN 55113–0008
13191655   ANDERSON & DAISHI          6866 E. WASHINGTON BLVD          Los Angeles, CA 90040
13191656   ANGEL J. CARRAZCO, ESQ.          CARRAZCO LAW, APC          2000 E 4th St Ste 200          Santa Ana, CA
            92705
13191657   ANNA RODE DESIGNS, INC.          17005 CASTILLO CIRCLE          San Diego, CA 92127
13191658   ANYTHING AUDIO, LLC          9590 CHESAPEAKE DRIVE          SUITE 10          San Diego, CA 92123
13191659   AP CONSULTING, LLC          45080 OLD OX RD, SUITE 130          Sterling, VA 20166
13191661   ARTISTICA          3200 GOLF COURSE DRIVE          Ventura, CA 93003
13191662   AT&T          PO BOX 277019          Atlanta, GA 30384–7019
13191663   AT&T YELLOW PAGES          PO BOX 989046          West Sacramento, CA 95798
13238388   American Leather          c/o FMCA          PO Box 5929          High Point, NC 27262

```
13191664   BANK OF AMERICA          PO BOX 15710        Wilmington, DE 19886-5710
13191665   BERNHARDT       12197 COLLECTIONS CENTER DRIVE        Chicago, IL 60693
13191667   BILLBOARD EXPRESS, INC.        23121 ARROYO VISTA, #A       Rancho Santa Mar, CA 92688
13191668   BMW FINANCIAL SERVICES         PO BOX 78103        Phoenix, AZ 85062-8103
13405580   BMW Financial Services NA, LLC       c/o Ascension Capital Group       P.O. Box 201347       Arlington, TX 76006
13191669   BRADINGTON YOUNG         c/o FMCA       PO Box 5929        High Point, NC 27262
13191670   BROWNSTONE FURNITURE INC.        3435 REGATTA BLVD        Richmond, CA 94804
13191671   BRUNO SKORHEIM LLP       9665 CHESAPEAKE DRIVE        SUIRE 470        San Diego, CA 92123
13191800   BURNETT, GEORGE C.       8475 La Jolla Scenic Dr N        La Jolla, CA 92037
13191673   CAL-METRO DISTRIBUTING INC.        500 GREENWOOD AVENUE        Montebello, CA 90640
13191672   CALDWELL LESLIE & PROCTOR, PC        1000 WILSHIRE BLVD, STE 600       Los Angeles, CA 90017
13191674   CARSON, MARGE       9056 EAST GARVEY AVE        Rosemead, CA 91770-0889
13191675   CASA FIORA      4817 STARCREST DRIVE        Monroe, NC 28110
13191676   CENTURY FURNITURE        401 11TH STREET NW        Hickory, NC 28601
13191677   CLASSIQUE COLLECTION        480 W. MEATS AVENUE        Orange, CA 92865
13191678   COMLUMBIA EXPORT SERVICE        8640 SIEMPRE VIVA RD        San Diego, CA 92154
13191679   COMMERCIAL LIGHTING INDUSTRIES       81161 INDIO BOULEVARD        Indio, CA 92201
13191680   CONTRACTORS CHOICE        PO BOX 5547        Orange, CA 92863
13191681   COOKE TRUCKING COMPANY, INC.       PO BOX 70883        DEPT 111
13191682   COX MEDIA ORANGE COUNTY        Los Angeles, CA 90074
13191683   COX MEDIA SAN DIEGO        Los Angeles, CA 90074
13191684   CRESENT FINE FURNITURE        PO BOX 1438        Gallatin, TN 37066
13191685   CSC        2730 GATEWAY OAKS DRIVE        SUITE 100        Sacramento, CA 95833
13556873   Christopher R. Barclay, Chapter 7 Trustee       c/o Yosina M. Lissebeck, Esq.       Solomon Ward Seidenwurm & Smith, LLP       401 B Street, Suite 1200       San Diego, CA 92101
13191687   DEPARTMENT OF MOTOR VEHICLES        PO BOX 942894        Sacramento, CA 94294
13191688   DIAMOND MATTRESS COMPANY        3112 EAST LAS HERMANAS        Compton, CA 90221
13191689   DREXEL HERITAGE       1925 EASTCHESTER DR.        High Point, NC 27265
13191690   DREXEL HERITAGE FURNISHINGS       PO BOX 339        Thomasville, NC 27360
13278642   David H. Payne, MD       c/o Angel Carrazoco, Esq       Carrazco Law, APC       2000 East Fourth Street, Suite 200       Santa Ana, CA 92705
13828410   Dean T. Kirby, Jr.       KIRBY & McGUINN, APC       707 Broadway, Suite 1750        San Diego, CA 92101
13191691   EYE/COMM, INC.       10960 Wheatlands Ave Suite 108       Poway, CA 92064
13207699   Eric Samson       c/o Ms. Pat Hagen, Kloeckner Metals US       888 San Clemente Drive, Suite 250       Newport Beach, CA 92660
13191692   FACTORY OAK AND PINE, INC.       18901 SOLEDAD CYN RD        Canyon Country, CA 91351
13191693   FEIZY IMPORT & EXPORT CO. LTD       ATTN: ANTHONY VEADER       1949 N. STEMMONS FREEWAY       Dallas, TX 75207
13191694   FERRIS & BRITTON       ATTN: STEVEN J. PYNES, ESQ.       401 WEST A STREET, SUITE 2550       San Diego, CA 92101
13268238   FIA CARD SERVICES, N.A.        PO Box 15102        Wilmington, DE 19886-5102
13191695   FMT CONSULTANTS       5451 Avenida Encinas        SUITE A       Carlsbad, CA 92008
13235285   FRANCHISE TAX BOARD        BANKRUPTCY SECTION MS A340       PO BOX 2952       SACRAMENTO CA 95812-2952
13563480   FRANCHISE TAX BOARD        BANKRUPTCY SECTION MS A340       PO BOX 2952       SACRAMENTO CA 95812-2952
13191696   FRANCHISE TAX BOARD        PO BOX 942857        Sacramento, CA 94257
13344450   Felipe Gonzalez       Blvd. A. Lopez Mateos 2386 Nte       Los Mochis, Sinaloa, MEXICO 81223
13191697   GE MONEY BANK        4246 S. RIVERBOAT RD, STE 200       Salt Lake City, UT 84123
13191698   GENESIS       541 S HOFGAARDEN ST       La Puente, CA 91744
13191699   GJE CONSULTING, LLC       1041 MARKET STREET STE 24       San Diego, CA 92101
13191801   GLASS, ALAN D.       1416 Summit Drive       Cardiff by the S, CA 92007
13191702   GOLDEN WEST DENTAL       5171 VERDUGO WAY       Camarillo, CA 93012
13191703   GOODE HEMME PETERSON & SAYLER       6256 GREENWICH DR.       SUITE 500       San Diego, CA 92122
13556723   Gayle K. Glass       1164 Monterey Place       Encinitas, CA 92024
13606227   Goode Hemme & Peterson, APC       ATTN: Jerry D. Hemme       6256 Greenwich Drive, Suite 500       San Diego, CA 92122
13191704   H.P.G. ENTERPRISES       ONE MONARCH PLACE, SUITE 2200       Springfield, MA 01144
13191705   HASLER, INC.       P.O. Box 30193       Tampa, FL 33630-3193
13191706   HENREDON FURNITURE       PO BOX 75044       Charlotte, NC 28275
13191707   HICKORY WHITE       P.O. BOX 890176       Charlotte, NC 28289
13191709   HOME FURNISHINGS INC.       8190 MIRALANI DRIVE       San Diego, CA 92126
13191710   HONEYWELL SECURITY MONITORING       Dept. CH 10651       Palatine, IL 60055
13191711   HOOKER FURNITURE       c/o FMCA       PO Box 5929       High Point, NC 27262
13191712   HOWARD E. KING, JR.       402 WEST BROADWAY STE 2500       San Diego, CA 92101
13264960   Hartford Fire Insurance Company       Bankruptcy Unit, T-1-55       Hartford Plaza       Hartford, CT 06115
13407167   Hartford Fire Insurance Company       Hartford Plaza       Hartford, CT 06115
13191713   INNOVATIONS       1111 South Jellick Ave       Rowland Heights, CA 91748
13191714   INTEGRITY PEST ELIMINATION       40575 California Oaks       D-2 #284       Murrieta, CA 92562
13191715   IRVINE RETAIL PROPERTIES       PO BOX 350-622501       Los Angeles, CA 90084-0350
13191716   ITAL ART       1935 E. VIA ARADO ST.       Compton, CA 90221
13191717   ITAL ART CONSIGNMENT       1935 E Via Arado St.       Compton, CA 90221
13249779   Internal Revenue Service       PO BOX 7317       Philadelphia PA 19101-7317
```

| | | | |
|---|---|---|---|
| 13191718 | JENNIFER CHILTON | PO BOX 2606 | High Point, NC 27262 |
| 13191719 | JOHN CHARLES DESIGNS | P.O. Box 672 | Rocky Mount, NC 27802 |
| 13191720 | JOHN R. MAYER APLC | ATTN: JOHN R. MAYER, ESQ. | 2550 5TH AVENUE, STE 520   San Diego, CA 92103 |
| 13191721 | JOHN RICHARD COLLECTION | 306 Eastman | Greenwood, MS 38930 |
| 13191722 | KAISER | File 5915 | Los Angeles, CA 90074–5915 |
| 13191723 | KFMB TV | 7677 Engineer Road | San Diego, CA 92111 |
| 13191724 | KGTV/MCGRAW–HILL BROADCASTING | P.O. Box 30580 | Los Angeles, CA 90030–0580 |
| 13191725 | KONICA MINOLTA BUS SOLUTION | File 50252 | Los Angeles, CA 90074–0252 |
| 13191726 | KUSI NEWS 9/51 | P.O. Box 719051 | San Diego, CA 92171–9051 |
| 13281005 | Kusum Bhargava | c/o Shah Sheth LLP – Sandeep J Shah, Esq | 650 Town Center Drive, Suite 1400   Costa Mesa, CA 92626 |
| 13191727 | LA BARGE | 2427 Penny Road | High Point, NC 27265 |
| 13191728 | LANE ACCEPTANCE GROUP | PO BOX 536823 | Atlanta, GA 30353–6823 |
| 13191729 | LANE HOME FURNISHINGS RETAIL | 5380 HIGHWAY 145 SOUTH | Tupelo, MS 38801 |
| 13191730 | LANE HOME FURNISHINGS RETAIL | PO BOX 1627 | Tupelo, MS 38802 |
| 13191731 | LANE UPHOLSTERY/DIV. LANE CO. | PO BOX 536823 | Atlanta, GA 30353–6823 |
| 13191732 | LEATHER CARE SERVICES | c/o Chris Lawler | 12400 Penn Street   Whittier, CA 90602 |
| 13191733 | LEATHERTREND | 8409 Kerns St #100 | San Diego, CA 92154 |
| 13191735 | LOS ANGELES TIMES | FILE 54221 | CA, 90074–0001 |
| 13191736 | LOS VALLECITOS INVESTORS, LLC | 678 N COAST HWY | Laguna Beach, CA 92651 |
| 13191737 | LUCE FORWARD | 600 West Broadway | SUITE 2200   San Diego, CA 92101 |
| 13227004 | Law Offices of Kimball, Tirey & St. John LLP | 7676 Hazard Center Drive, Suite 900C | San Diego, CA 92108–4515 |
| 13379928 | Lexington Furniture Industries | c/o Shumaker, Loop, & Kendrick, LLP | Bank of America Plaza   101 E Kennedy Blvd, Suite 2800   Tampa, FL 33602 |
| 13191734 | Lexington Furniture Industries Inc. | 1300 National Highway | Thomasville, NC 27360 |
| 13929539 | Lyon Capital Corporation | c/o Buchalter Nemer, APC, Attn: Brian T | 1000 Wilshire Boulevard, Suite 1500   Los Angeles, California 90017 |
| 13191738 | MAITLAND–SMITH | PO BOX 536499 | Atlanta, GA 30353 |
| 13191739 | MARGE CARSON | 9056 EAST GARVEY AVE | Rosemead, CA 91770–0889 |
| 13191740 | MARGE CARSON | 9056 EAST GARVEY AVE. | Rosemead, CA 91770–0889 |
| 13191802 | MAURO, TOM | 26662 Stetson Place | Laguna Hills, CA 92653 |
| 13191741 | MAVATI'S FURNITURE | CALALE PAPAGOS 50 | ENTRE PIRMAS Y CARRETERA   HERMOSILLO, SONORO MEXICO |
| 13191742 | METRO LEATHER | 2480 IRVINE BLVD #336 | Tustin, CA 92782 |
| 13191743 | METROPLEX SHOPPING CENTER 05A | 12411 VENTURA BLVD. | Studio City, CA 91604 |
| 13191744 | MOTIONCRAFT | P.O. BOX 890076 | Charlotte, NC 28289–0076 |
| 13191745 | MURRAY FEISS IMPORT CORP. | P.O. BOX 26080 | New York, NY 10087–6080 |
| 13236186 | McGraw–Hill Broadcasting Company, Inc. | c/o Christina Melhouse, Esq | 3914 Murphy Canyon Road #A224   San Diego, CA 92123 |
| 13577004 | McKenna Long & Aldridge LLP | 300 S. Grand Avenue, Suite 1400 | Los Angeles, CA 90071 |
| 13602753 | Meredith M. Graham, General Counsel | Furniture Brands International, Inc., | 1N. Brentwood Blvd., 7th Floor   St. Louis, MO 63105 |
| 13491566 | Michael M. Wintringer, Esq. | Solomon, Grindle, Silverman & Wintringer | 12651 High Bluff Drive, Suite 300   San Diego, California 92130 |
| 13191746 | NATIONAL CORPORATE RESEARCH | 1107 9TH STREET, STE 1025 | Sacramento, CA 95814 |
| 13191747 | NATIONWIDE CREDIT SERVICES | PO BOX 24101 | Cleveland, OH 44124 |
| 13191748 | NCS UCC SERVICES GROUP | PO BOX 24101 | Cleveland, OH 44124 |
| 13191749 | OFFICE DEPOT | PO BOX 70025 | Los Angeles, CA 90074–0025 |
| 13191750 | OMNIA | 4950 EDISON AVENUE | Chino, CA 91710 |
| 13191751 | OUTLOOK – LA CANADA FLINTAGE | PO Box 578 | La Canada Flintr, CA 91012 |
| 13287809 | Office Depot | 6600 N Military Trail–S401F | Boca Raton, FL 33496 |
| 13191753 | PHILIP J. LAYFIELD, ESQ. | THE LAYFIELD LAW FIRM APC | 4640 ADMIRALTY WAY, SUITE 500   Marina del Rey, CA 90292 |
| 13191754 | PLATT | P.O. BOX 3397 | South El Monte, CA 91733 |
| 13191755 | POINTIVITY | 5355 Mira Sorrento Place #600 | San Diego, CA 92121 |
| 13191756 | PRECEDENT | P.O. BOX 890074 | Charlotte, NC 28289 |
| 13191757 | PRL GLASS | 251 MASON WAY | City of Industry, CA 91746 |
| 13191758 | PROFESSIONAL FIRE PROTECTION | PO Box 2753 | Costa Mesa, CA 92628–2753 |
| 13197300 | Pamela LaBruyere, Esq. | Solomon, Grindle, Silverman & Wintringer | 12651 High Bluff Drive, Suite 300   San Diego, CA 92130 |
| 13818876 | Parker House Manufacturing Company, Inc. | c/o Blakeley & Blakeley LLP | 2 Park Plaza, Suite 400   Irvine, CA 92614 |
| 13191759 | RACHLIN | 343 N. HARVARD AVE. | Claremont, CA 91711 |
| 13191760 | RAHMAN, FARAH and Shahzad Rahman | 25322 BENTLEY LANE | Laguna Hills, CA 92653 |
| 13191761 | RANCH & COAST SECURITY, INC. | 9540 WAPLES ST., STE. D | San Diego, CA 92121 |
| 13191762 | RANDI COOPER | 1061 MOUNT DANA DRIVE | Chula Vista, CA 91913 |
| 13191763 | RARE COLLECTIONS | STEVE HENDRICK & ASSOCIATES | 1254 ROUND TABLE DR   Dallas, TX 75247 |
| 13191764 | REBECCA FORTUNE, ESQ. | Kimball, Tirey and St. John | 7676 Hazard Center Dr. Ste 900   San Diego, CA 92108 |
| 13191765 | ROBERT MICHAEL | 10035 GEARY AVE. | Santa Fe Springs, CA 90670 |
| 13345771 | Robert J Hamra, Sr and Ramza Hamra | c/o Douglas Alani | 3146 Red Hill Ave, #200   Costa Mesa, CA 92626 |
| 13251194 | Ronald A. Clifford, Esq. | Scott E. Blakeley, Esq. | Blakeley & Blakeley LLP   2 Park Plaza, Suite 400   Irvine, CA 92614 |
| 13191766 | SAM BASS ENTERPRISE | 17635 Montero Rd. | San Diego, CA 92128 |

| | | | |
|---|---|---|---|
| 13191767 | SAN DIEGO PENSION CONSULTANTS | 5628 COPLEY DRIVE | San Diego, CA 92111 |
| 13191768 | SAN DIEGO POSTAL & SHIPPING | 12255 Crosthwaite Circle | Poway, CA 92064 |
| 13191769 | SAN DIEGO RATTAN | 9090 KENAMAR, SUITE A | San Diego, CA 92121 |
| 13191770 | SAN MARINO TRIBUNE | 1441 San Marino Avenue | San Marino, CA 91108 |
| 13191771 | SCHNADIG | P.O. BOX 890258 | Charlotte, NC 28289–0258 |
| 13191772 | SCOTT, JASON | 3920 W. CLARENDON DRIVE | Phoenix, AZ 85019 |
| 13191773 | SELIZER CAPLAN MCMAHON VITEK | ATTN: CHRISTINE M. LAPINTA | 750 B STREET, STE 2100    San Diego, CA 92101 |
| 13191774 | SHAH SHETH LLP | ATTN: SANDEEP J. SHAH    650 TOWN CENTER DR, STE 1400 | Costa Mesa, CA 92626 |
| 13191775 | SHERRILL | P.O.BOX 890070 | Charlotte, NC 28289–0070 |
| 13191776 | SKYRIVER COMMUNICATIONS, INC. | 9370 CHESAPEAKE DRIVE | San Diego, CA 92123 |
| 13191777 | SLIGH | P.O. BOX 751221 | Charlotte, NC 28275 |
| 13191778 | SOLOMAN WARD | 401 B STREET SUITE 1200 | San Diego, CA 92101 |
| 13191779 | SOLOMON WARD | 401 B STREET SUITE 1200 | San Diego, CA 92101 |
| 13191780 | SOUTHERN FURNITURE COMPANY | P.O. BOX 75338 | Charlotte, NC 28275 |
| 13191781 | SPECTRA LEATHER | 1407 BROADWAY, SUITE 1515 | New York, NY 10018 |
| 13191782 | SPRINT | PO BOX 4181 | Carol Stream, IL 60197–4181 |
| 13191783 | STATE BOARD OF EQUALIZATION | 15015 AVENUE OF SCIENCE, SUITE 200 | San Diego, CA 92128 |
| 13191784 | SULLIVAN HILL | 550 WEST C STREET, SUITE 1500 | San Diego, CA 92101 |
| 13549428 | Seltzer Caplan McMahon Vitek | 750 B Street, Suite 2100 | San Diego, CA 92101 |
| 13259831 | Sherrill Financial | c/o Knutson, Compton & Associates PC    1401 Dove Street, Suite 340 | Newport Beach, CA 92660 |
| 13391240 | State Board of Equalization | Special Operations Branch, MIC: 55    PO Box 942879 | Sacramento, CA 94279–0055 |
| 13284554 | State Board of Equalization | Special Operations Branch, MIC:55    P.O. Box 942879 | Sacramento CA 94279–0055 |
| 13191785 | TELEPACIFIC COMMUNICATIONS | PO Box 526035 | Sacramento, CA 95852 |
| 13191786 | THE CLOCK SHOP | 17161 ALVA ROAD, SUITE 1415 | San Diego, CA 92127 |
| 13191787 | THE COMTEL GROUP, INC. | 3195 AIRPORT LOOP DR, SUITE C2 | Costa Mesa, CA 92626 |
| 13191788 | THE HARTFORD | P O BOX 2907 | Hartford, CT 06104–2907 |
| 13191789 | THE PRINTING SOURCE | 7400 EL CAJON BLVD., STE. 207 | La Mesa, CA 91942 |
| 13191790 | THEODORE ALEXANDER USA Inc | 411 Tomlinson Street | High Point, NC 27260 |
| 13191792 | TORRY PINES BANK | 12220 EL CAMINO REAL STE 100 | San Diego, CA 92130 |
| 13202056 | The Irvine Company, LLC | c/o Ernie Zachary Park    Bewley, Lassleben & Miller, LLP | 13215 E Penn Street, Suite 510    Whittier, CA 90602–1797 |
| 13191791 | Time Warner Cable Media | 6021 Katella Ave    Suite 100 | Cypress, CA 90630 |
| 13193714 | Torrey Pines Bank | 12220 El Camino Real    Suite 100 | San Diego, CA 92130 |
| 13193944 | Torrey Pines Bank | c/o Peter L. Duncan, Esq.    Pyle Sims Duncan & Stevenson | 401 B Street, Suite 1500    San Diego, CA 92101–4238 |
| 13606228 | U.S. TelePacific Corp. | c/o J. Scott Bovitz & Spitzer    880 W. First Street, Suite 502 | Los Angeles, CA 90012 |
| 13191793 | ULTRASIGNS ELECTRICAL ADV. | 9025 BALBOA AVE, SUITE 150 | San Diego, CA 92123 |
| 13191794 | UNISEARCH INC. | 1780 BARNES BLVD SW | Olympia, WA 98512 |
| 13191795 | UTTERMOST | P.O. BOX 79086 | Baltimore, MD 21279–0086 |
| 13792555 | United States Trustee | 402 West Broadway, Room 600 | San Diego, CA 92101–8511 |
| 13282048 | Uttermost Company | c/o Hunter Warfield    4620 Woodland Corporate Blvd | Tampa, FL 33614 |
| 13191796 | WEISS & COMPANY | 5151 SHOREHAM PLACE, SUITE 210 | San Diego, CA 92122 |
| 13191797 | WOLF, BRIAN | PO BOX 503784 | San Diego, CA 92150 |
| 13191798 | WORLDWIDE LOGISTICS | PO BOX 932102 | Kansas City, MO 64193 |
| 13191799 | WRIGHT WAY CRATING | 3471 PICKWICK STREET | San Diego, CA 92102 |
| 13283858 | Wells Fargo Bank, N.A., as Trustee for Morgan Stan | c/o Pamela J. LaBruyere    Solomon, Grindle, et al. | 12651 High Bluff Drive, #300    San Diego, CA 92130 |
| 13394081 | William P. Fennell, Esq. | LAW OFFICE OF WILLIAM P. FENNELL, APLC | 1111 Sixth Avenue, Suite 404    San Diego, CA 92101 |

TOTAL: 204